```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BENJAMIN TORRES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:09-cr-435 EJG |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
| BENJAMIN TORRES, and MIGUEL PEREZ, | ) Date: March 5, 2010 <br> ) Time: 10:00 a.m. <br> ) Judge: Hon. Edward J. Garcia |
| Defendants. | ) |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Benjamin Torres and Miguel Perez, through their respective attorneys, that the Court should vacate the status conference scheduled for March 5, 2010, at 10:00 a.m., and reset it for March 26, 2010, at 10:00 a.m.

   Counsel for Mr. Torres requires further time to review discovery with him, and to negotiate with the government in an effort to resolve this matter.

   It is further stipulated by the parties that the Court should exclude the period from the date of this order through March 26, 2010,

1  when it computes the time within which the trial of the above criminal
2  prosecution must commence for purposes of the Speedy Trial Act.  The
3  parties stipulate that the ends of justice served by granting Mr.
4  Torres' request for a continuance outweigh the best interest of the
5  public and Mr. Torres in a speedy trial, and that this is an
6  appropriate exclusion of time for defense preparation within the
7  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

8  Dated: March 4, 2010                Respectfully submitted,

9                                      DANIEL BRODERICK
                                       Federal Defender
10
                                       /s/ M. Petrik
11                                     _____
                                       MICHAEL PETRIK, Jr.
12                                     Assistant Federal Defender
                                       Attorneys for Defendant
13

14 Dated: March 4, 2010                /s/ M. Petrik for Carl Larson
                                       CARL LARSON
15                                     Attorney for MIGUEL PEREZ

16
   Dated: March 4, 2010                BENJAMIN B. WAGNER
17                                     United States Attorney

18                                     /s/ M. Petrik for Jill Thomas
                                       _____
19                                     JILL THOMAS
                                       Assistant U.S. Attorney
20

21                                **ORDER**

22     **IT IS SO ORDERED.**  The Court orders time excluded from the date of
23 this order through the status conference on March 26, 2010, pursuant to
24 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).
25

26 DATED:   March 4, 2010               /s/ Edward J. Garcia
                                       HON. EDWARD J. GARCIA
27                                     United States District Judge

28