1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   BENJAMIN TORRES

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  Case No. 2:09-cr-435 EJG
                                   )
13                 Plaintiff,      )
                                   )  **STIPULATION AND ORDER**
14       v.                        )
                                   )  Date:  April 30, 2010
15  BENJAMIN TORRES, and MIGUEL    )  Time:  10:00 a.m.
    PEREZ,                         )  Judge: Hon. Edward J. Garcia
16                                 )
                   Defendants.     )
17                                 )
    _____ )
18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

20  States of America, and defendants, Benjamin Torres and Miguel Perez,

21  through their respective attorneys, that the Court should vacate the

22  status conference scheduled for April 30, 2010, at 10:00 a.m., and

23  reset it for May 28, 2010, at 10:00 a.m.

24       Counsel for Mr. Torres requires further time to review discovery

25  with him, and to negotiate with the government in an effort to resolve

26  this matter.

27       It is further stipulated by the parties that the Court should

28  exclude the period from the date of this order through May 28, 2010,

1  when it computes the time within which the trial of the above criminal

2  prosecution must commence for purposes of the Speedy Trial Act.  The

3  parties stipulate that the ends of justice served by granting Mr.

4  Torres' request for a continuance outweigh the best interest of the

5  public and Mr. Torres in a speedy trial, and that this is an

6  appropriate exclusion of time for defense preparation within the

7  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

8  Dated: April 29, 2010                Respectfully submitted,

9                                       DANIEL BRODERICK
                                        Federal Defender
10
                                        /s/ M. Petrik
11                                       _____
                                        MICHAEL PETRIK, Jr.
12                                       Assistant Federal Defender
                                        Attorneys for Defendant
13

14  Dated: April 29, 2010               /s/ M. Petrik for Carl Larson
                                        CARL LARSON
15                                       Attorney for MIGUEL PEREZ

16
    Dated: April 29, 2010               BENJAMIN B. WAGNER
17                                       United States Attorney

18                                       /s/ M. Petrik for Jill Thomas
                                        _____
19                                       JILL THOMAS
                                        Assistant U.S. Attorney
20

21                              **ORDER**

22      **IT IS SO ORDERED.**  The Court orders time excluded from the date of

23  this order through the status conference on May 28, 2010, pursuant to

24  18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

25

26  DATED: April 29, 2010               /s/ Edward J. Garcia
                                        _____
27                                       HON. EDWARD J. GARCIA
                                        United States District Judge

28

Stipulation and Order              -2-                    No. 2:09-435 EJG