```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    BENJAMIN TORRES
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    )  Case No. 09-435 EJG
                                 )
11              Plaintiff,       )  STIPULATION AND ORDER
                                 )
12       v.                      )  Date:  May 28, 2010
                                 )  Time:  10:00 a.m.
13  BENJAMIN TORRES,             )  Judge: Hon. Edward J. Garcia
                                 )
14  MIGUEL PEREZ,                )
                                 )
15              Defendants.      )
    _____)
16
```

17       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United
18  States of America, and defendants, Benjamin Torres and Miguel Perez,
19  through their respective attorneys, that the Court should vacate the
20  status conference scheduled for May 28, 2010, at 10:00 a.m., and reset
21  it for June 25, 2010, at 10:00 a.m.
22       Counsel for Mr. Torres and Mr. Perez require further time to
23  schedule a safety valve meeting with the government.  The parties
24  anticipate that the meeting will result in a resolution of this matter.
25       It is further stipulated by the parties that the Court should
26  exclude the period of time from the date of this order through June 25,
27  2010, when it computes the time within which the trial of the above

Stipulation and Order                1                        09-435 EJG

criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: May 25, 2010                    Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys for BENJAMIN TORRES

Dated: May 25, 2010                    /s/ M.Petrik for Carl Larson
                                       _____
                                       CARL LARSON
                                       Attorney for MIGUEL PEREZ

Dated: May 25, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for Jill Thomas
                                       _____
                                       JILL THOMAS
                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on June 25, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: May 25, 2010                    /s/ Edward J. Garcia
                                       HON. EDWARD J. GARCIA
                                       United States District Judge

Stipulation and Order              2                          09-435 EJG