```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    BENJAMIN TORRES
 6

 7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 09-435 EJG |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | Date: June 25, 2010 |
| | ) | Time: 10:00 a.m. |
| BENJAMIN TORRES, | ) | Judge: Hon. Edward J. Garcia |
| | ) | |
| MIGUEL PEREZ, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, Benjamin Torres and Miguel Perez, through their respective attorneys, that the Court should vacate the status conference scheduled for June 25, 2010, at 10:00 a.m., and reset it for August 6, 2010, at 10:00 a.m.

   Counsel for Mr. Torres and Mr. Perez require further time to schedule a safety valve meeting with the government. The parties anticipate that the meeting will result in a resolution of this matter.

   It is further stipulated by the parties that the Court should exclude the period of time from the date of this order through August 6, 2010, when it computes the time within which the trial of the above

Stipulation and Order                    1                         09-435 EJG

criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: June 23, 2010                Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /s/ M.Petrik
                                    _____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender
                                    Attorneys for BENJAMIN TORRES

Dated: June 23, 2010                /s/ M.Petrik for Carl Larson
                                    _____
                                    CARL LARSON
                                    Attorney for MIGUEL PEREZ

Dated: June 23, 2010                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for Jill Thomas
                                    _____
                                    JILL THOMAS
                                    Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on August 6, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: June 22, 2010                /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    United States District Judge

Stipulation and Order              2                        09-435 EJG