1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant
    BENJAMIN TORRES

6

7                    UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )  Case No. 09-435 EJG
                                     )
11              Plaintiff,           )  STIPULATION AND ORDER
                                     )
12      v.                           )  Date:  August 6, 2010
                                     )  Time:  10:00 a.m.
13  BENJAMIN TORRES, and MIGUEL      )  Judge: Hon. Edward J. Garcia
    PEREZ,                           )
14                                   )
                Defendants.          )
15  _____ )

16

17      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United

18  States of America, and defendants, Benjamin Torres and Miguel Perez,

19  through their respective attorneys, that the Court should vacate the

20  status conference scheduled for August 6, 2010, at 10:00 a.m., and

21  reset it for September 10, 2010, at 10:00 a.m.

22      Counsel for Mr. Torres and Mr. Perez require further time to

23  schedule a safety valve meeting with the government.  The parties

24  anticipate that the meeting will result in a resolution of this matter.

25      It is further stipulated by the parties that the Court should

26  exclude the period of time from the date of this order through

27  September 10, 2010, when it computes the time within which the trial of

28  Stipulation and Order              1                    09-435 EJG

1   the above criminal prosecution must commence for purposes of the Speedy

2   Trial Act.  The parties stipulate that the ends of justice served by

3   granting the continuance outweigh the best interest of the public and

4   the defendants in a speedy trial, and that this is an appropriate

5   exclusion of time for defense preparation within the meaning of 18

6   U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

7   Dated: August 2, 2010                    Respectfully submitted,

8                                            DANIEL BRODERICK
                                             Federal Defender
9
                                             /s/ M. Petrik
10                                           _____
                                             MICHAEL PETRIK, Jr.
11                                           Assistant Federal Defender
                                             Attorneys for BENJAMIN TORRES
12
13   Dated: August 2, 2010                   /s/ M. Petrik for Carl Larson
                                             _____
14                                           CARL LARSON
                                             Attorney for MIGUEL PEREZ
15
16   Dated: August 2, 2010                   BENJAMIN B. WAGNER
                                             United States Attorney
17
                                             /s/ M. Petrik for Jill Thomas
18                                           _____
                                             JILL THOMAS
19                                           Assistant U.S. Attorney

20

21                                   **ORDER**

22       **IT IS SO ORDERED.**  The Court orders time excluded from the date of

23   this order through the status conference on September 10, 2010,

24   pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

25

26   DATED: August 2, 2010                   /s/ Edward J. Garcia
                                             _____
                                             HON. EDWARD J. GARCIA
27                                           United States District Judge

28
     Stipulation and Order                2                        09-435 EJG